UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENIES ABDULLAH,                     Civil Action No: 05-1721 UNA

    Petitioner,

-vs-

RUBIN CASTILLO, et. al.,

    Respondent.
_____/

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Denise Abdullah, the Petitioner, in pro se, hereby appeals to the United States Court of Appeals for the District of Columbia from Order entered on August 25, 2005 in the above-entitled civil action pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure.

                                  Denise Abdullah
                                  Petitioner In Pro se
                                  Register No: 30163-048
                                  Federal Prison Camp.
                                  P.O. Box A - A Range #2
Dated: September 19, 2005.      Alderson, West Virginia 24910