UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| DENISE C. ABDULLAH,<br>    Appellant<br><br>v.<br><br>RUBIN CASTILLO, Chairman<br>United States Sentencing Commission<br>and UNITED STATES OF AMERICA<br>    Appellees | Civil Action No. 05-1721 (RBW) |

### ORDER

This matter comes before the Court on appellant's Motion for Leave to Proceed On Appeal In Forma Pauperis and Affidavit. Upon consideration of this motion and affidavit, it is hereby,

**ORDERED** that the Motion for Leave to Proceed on Appeal in Forma Pauperis is Granted.

**SO ORDERED** this 7th day of December, 2005.

REGGIE B. WALTON
United States District Judge