# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT



No. 05-5367            September Term, 2005
05cv01721

Filed On:

Denise C. Abdullah,
    Appellant

v.

Rubin Castillo, Chairman, United States Sentencing Commission and United States of America,
    Appellees

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED   NOV 2 8 2005
              CLERK
```

**ORDER**

Upon consideration of the motion for leave to proceed on appeal in forma pauperis received from appellant on November 10, 2005, it is

**ORDERED**, on the court's own motion, that appellant's motion for leave to proceed on appeal in forma pauperis be referred to the United States District Court for the District of Columbia for consideration in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the **original of appellant's motion**, to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion.

                                                 FOR THE COURT:
                                                 Mark J. Langer, Clerk

                              BY: _____
                                                 Elizabeth V. Scott
                                                 Deputy Clerk